CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
brian.whang@usdoj.gov

*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KOURMIE ANNE GOUDCHAUX,<br><br>Defendant. | Case No. 2:09-mj-508-DJA<br><br>**MOTION AND ORDER TO DISMISS CRIMINAL COMPLAINT WITHOUT PREJUDICE** |

The United States of America by Christopher Chiou, Acting United States Attorney for the District of Nevada, and Brian Whang, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charge brought against defendant KOURMIE ANNE GOUDCHAUX contained in the sealed criminal complaint in case number 2:09-mj-508-DJA.

/ / /

/ / /

/ / /

1

/ / /

DATED this 24th day of January, 2022.

                                       Respectfully submitted,

                                       CHRISTOPHER CHIOU
                                       Acting United States Attorney

                                       /s/ Brian Whang
                                       BRIAN WHANG
                                       Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KOURMIE ANNE GOUDCHAUX,<br><br>Defendant. | Case No. 2:09-mj-508-DJA<br><br>**ORDER OF DISMISSAL OF THE CRIMINAL COMPLAINT WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charge brought against defendant KOURMIE ANNE GOUDCHAUX contained in the sealed criminal complaint in case number 2:09-mj-508-DJA.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

BRIAN WHANG
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charge brought against defendant KOURMIE ANNE GOUDCHAUX contained in the sealed criminal complaint in case number 2:09-mj-508-DJA.

DATED this __26th__ day of __January__ 2022.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE